# BALANCE SHEET 12/31/2010
## Hayden-Harnett, LLC

**ASSETS**

**Current Assets**

| | |
|---|---:|
| Cash | $12,408.52 |
| A/R net of $5000 allowance | $16,925.71 |
| Inventory | $316,896.27 |
| Prepaid Exp. | $48,154.78 |
| **Total Current Assets** | **$394,385.28** |
| | |
| Property & Equip. | $104,245.00 |

**Other Assets**

| | |
|---|---:|
| Intangible, net | $23,609.75 |
| Security deposits | $7,788.92 |
| **Total Other Assets** | **$31,398.67** |
| | |
| **TOTAL ASSETS** | **$530,028.95** |

**LIABILITIES**

**Current Liabilities**

| | |
|---|---:|
| Accounts payable and accrued expenses | $1,177,607.07 |
| Short-term indebtedness under lines of credit | $43,432.23 |
| Credit cards payable | $13,845.33 |
| Current installments of loans/notes | $90,118.00 |
| Merchant capital advance | $11,244.27 |
| Hard money lender | $146,632.92 |
| **Total Current Liabilities** | **$1,482,879.82** |

*Long term liabilities*

| | |
|---|---:|
| Long-term indebtedness to bank | $5,799.63 |
| Loans payable net of current installments | $205,882.00 |
| | |
| Members' starting equity | -$805,384.39 |
| Member's contributions/draws | -$32,400.00 |
| Profit/loss | -$326,748.11 |
| | |
| **TOTAL LIABILITIES AND EQUITY** | **$530,028.95** |