**EXHIBIT D**

209615      2010 MAY 17 PM 4:05

**UCC FINANCING STATEMENT**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

CSC 50
DRAW DOWN

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| HAYDEN-HARNETT, L.L.C. | | | | |
| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 44 ASH STREET | BROOKLYN | NY | 11222 | USA |
| ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | | |
| | Limited Liability Company | New York | | |

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | | |

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| GLUSSICH | JOANN | | | |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 79 CHELSEA COURT | SADDLE RIVER | NJ | 07663 | USA |

4. This FINANCING STATEMENT covers the following collateral:

SEE ATTACHED: EXHIBIT "A"

5. ALTERNATIVE DESIGNATION [if applicable]: ☐ LESSEE/LESSOR ☐ CONSIGNEE/CONSIGNOR ☐ BAILEE/BAILOR ☐ SELLER/BUYER ☐ AG. LIEN ☐ NON-UCC FILING
6. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. Attach Addendum [if applicable]    7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional]   ☐ All Debtors ☐ Debtor 1 ☐ Debtor 2
8. OPTIONAL FILER REFERENCE DATA        385513-1-SU

FILING OFFICE COPY — UCC FINANCING STATEMENT (FORM UCC1) (REV. 05/22/02)

FILING NUMBER: 201005170268270

**Secured Party:**
Joann Glussich
79 Chelsea Court
Saddle River, NJ 07663

**Debtor:**
Hayden-Harnett, L.L.C.
44 Ash Street
Brooklyn, NY 11222

Debtor hereby grants to Secured Party a security interest in and lien upon all of Debtor's right, title and interest in and to all of the following property of Debtor (whether now owned or hereafter acquired), and in all accessions and additions thereto, replacements and substitutions therefor, and proceeds and products thereof:

(a) All "Accounts", which term shall include, in addition to the definition thereof contained in the Uniform Commercial Code as in effect from time to time in the State of New Jersey (the "UCC"), all obligations of any kind that at any time are due or owing to Debtor, and all rights of Debtor to receive payment or any other consideration (whether classified under the UCC or the law of any other state as accounts, accounts receivable, contract rights, chattel paper, general intangibles, or otherwise), including, without limitation, invoices, contract rights, accounts receivable, general intangibles, proceeds of life insurance policies, choses-in-action, notes, drafts, acceptances, instruments and all other debts, obligations and liabilities in whatever form owing to Debtor, together with all security for any thereof, and all of Debtor's rights to goods sold (whether delivered, undelivered, in transit or returned) represented by any thereof, and all cash and non-cash proceeds of any and all of the foregoing

(b) All "Equipment", which term shall include, in addition to the definition thereof contained in the UCC, all of Debtor's equipment, machinery, furniture, fixtures, motor vehicles, parts, supplies, and tools, and all other tangible personal property that is similar to any of the foregoing;

(c) All "Inventory", which term shall include, in addition to the definition thereof contained in the UCC, all goods, raw materials, merchandise or other property owned by Debtor for sale or lease (including any thereof that is temporarily out of the possession of Debtor or on consignment from Debtor), all documents of title relating to any thereof, and all returns upon accounts; all raw materials and work in process; and all materials and supplies of any kind or description that are used or usable in connection with the manufacture, packaging, shipping, advertisement, sale or finishing of any of the foregoing;

(d) All trade names, trademarks, trademark registrations, patents, patent applications and licenses, and other licenses in which Debtor has an interest, and all other intangible personal property that is similar to any of the foregoing; and

1

(e) All claims of Debtor against third parties for loss of or damage to any one or more of the items in subsections (a), (b), (c), or (d) above; all documents of title, policies or certificates of insurance, insurance proceeds, proceeds of condemnation or other seizure, securities, chattel paper, and other documents and instruments evidencing or pertaining to any of such items; all files, correspondence, computer programs, tapes, discs, and related data processing software owned by Debtor or in which Debtor has an interest and which contains information identifying any of such items or identifying any account debtor or the amount owed by same, or which would otherwise be necessary or helpful in the realization on any of such items; and all guarantees, security and liens for payment of any accounts.

2096615

2010 MAY 17 PM 4:05